UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Danielle Kelly, et al.*

-v-

*Islamic Republic of Iran, et al.*

**CERTIFICATE OF MAILING**

Case No.: 1:23-cv-07283 (GBD) (SN)

I hereby certify under the penalties of perjury that on the 3rd day of November 2023, I served:

Minister of Foreign Affairs
Ministry of Foreign Affairs of the Islamic Republic of Iran
Iman Khomeini Avenue
Tehran, Iran
ATTN: H.E. Hossein Amir-Abdollahian

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

1 copy of the Request for Summons, Summons, Amended Complaint dated August 31, 2023, Civil Cover Sheet, Related Case Statement, Letter to Honorable Sarah Netburn dated August 17, 2023, Notice to Conform to Sudan Consolidated Amended Complaint dated August 21, 2023, August 31, 2023, and September 1, 2023, Notice of suit prepared in accordance with 22CFR § 93.2 with a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602-1611, Affidavit of Translator and Translations of the above-mentioned documents.

by **USPS RH003854445US**

Dated: New York, New York
November 3rd, 2023

RUBY J. KRAJICK
CLERK OF COURT

/s/Brenton Cong
DEPUTY CLERK