| # | First | Middle | Last | Suffix | Nationality on 9/11 | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount | Treble | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Emma | Saville | Cherry | | United States | Douglas | MacMillan | Cherry | | United States | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 2 | Isabel | Ashman | Cherry | | United States | Douglas | MacMillan | Cherry | | United States | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 3 | John | Remington | Cherry | | United States | Douglas | MacMillan | Cherry | | United States | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 4 | Sarah | Patterson | Cherry | | United States | Douglas | MacMillan | Cherry | | United States | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 5 | Georgette | | Conroy | | United States | Kevin | Francis | Conroy | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 6 | Jamie | | Conroy | | United States | Kevin | Francis | Conroy | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 7 | Jill | Elizabeth | Conroy | | United States | Kevin | Francis | Conroy | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 8 | Matthew | | Conroy | | United States | Kevin | Francis | Conroy | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 9 | Christine | | Kelly | | United States | Kevin | Francis | Conroy | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 10 | Lisa | | DeRienzo | | United States | Michael | | DeRienzo | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 11 | Kimmie | Michele | Chedel | | Canada | Frank | Joseph | Doyle | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | Name change was subject of motion to correct errors that was granted at ECF No. 10233 |
| 12 | Garrett | Francis | Doyle | | United States | Frank | Joseph | Doyle | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 13 | Zoe | Noel | Doyle | | United States | Frank | Joseph | Doyle | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 14 | Josefina | | Blanchard | | United States | Jose | | Espinal | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 15 | Flordaliza | Norelia | Espinal | | United States | Jose | | Espinal | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 16 | Jasmine | Fabiola | Espinal | | United States | Jose | | Espinal | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 17 | Maria | Altagracia | Espinal | | United States | Jose | | Espinal | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 18 | Moises | | Espinal | | United States | Jose | | Espinal | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 19 | Rafael | Antonio | Espinal | | United States | Jose | | Espinal | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 20 | Maria | Elena | Santana | | United States | Jose | | Espinal | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | Sibling | N/A | N/A | $4,250,000.00 | N/A | |
| 21 | Diane | McGill | Inghilterra | | United States | Louis | Steven | Inghilterra | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 22 | Louis | Sam | Inghilterra | | United States | Louis | Steven | Inghilterra | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 23 | Danielle | | Kelly | | United States | Maurice | Patrick | Kelly | | United States | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 24 | Lacina | | Kone | | United States | Abdoulaye | | Kone | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 25 | Alana | Marie | McKenzie | | United States | Molly | Lou | McKenzie | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 26 | Wil-Justin | | Ojeda | | United States | Lizette | | Mendoza | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 27 | Stacy | Joy | Paolozzi | | United States | Franklin | Allan | Pershep | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 6 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 28 | Chanel | | Shum | | United States | See | Wong | Shum | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 29 | Leon | | Shum | | United States | See | Wong | Shum | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 30 | Rebecca | Yau | Shum | | United States | See | Wong | Shum | | United States | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 31 | Ursula | | Andrus | | United States | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Spouse | N/A | N/A | $12,500,000.00 | N/A | |
| 32 | Alexandra | | Szurkowski | | United States | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | N/A | N/A | $8,500,000.00 | N/A | |
| 33 | Claudia | | Szurkowski | | United States | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | N/A | N/A | $8,500,000.00 | N/A | |