UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE:

TERRORIST ATTACKS ON
SEPTEMBER 11, 2001

ORDER

03 MDL 1570 (GBD) (SN)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

This document relates to:

> *Morris, et al. v. Islamic Republic of Iran*, 18-cv-5321 (GBD) (SN)
> *Hemenway, et al. v. Islamic Republic of Iran*, 18-cv-12277 (GBD) (SN)
> *Kone, et al. v. Islamic Republic of Iran*, 23-cv-5790 (GBD) (SN)
> *Kelly, et al. v. Islamic Republic of Iran*, 23-cv-7283 (GBD) (SN)

## ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBITS A AND B

GEORGE B. DANIELS, United States District Judge:

The Plaintiffs listed in Exhibits A and B move for entry of partial final default judgment against Defendant the Islamic Republic of Iran. (ECF Nos. 10143, 10237, 10278.[1]) Upon consideration of the evidence and arguments set forth in the Declarations of Jerry S. Goldman, Esq. and the exhibits thereto (ECF Nos. 10145, 10240, 10280); and in light of the default judgments as to liability against the Islamic Republic of Iran entered on June 21, 2019 (ECF No. 4595) and September 3, 2019 (ECF No. 5054); together with the entire record in this case, it is hereby

**ORDERED** that service of process in the above-captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (*see* ECF Nos. 4694, 10070, 10094, and ECF No. 55 in 18-cv-5321); and it is

---

[1] Unless otherwise stated, all ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket. *See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).

**ORDERED** that the motion for judgment by default against Iran on behalf of the Plaintiffs in *Kone* and *Kelly* is **GRANTED** and judgments as to liability are entered in favor of all *Kone* and *Kelly* Plaintiffs against Iran[2]; and it is

**ORDERED** that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein, and as supported by the expert reports and analyses tendered in conjunction the Goldman Declarations (*see* ECF Nos. 10145, 10240, 10280); and it is

**ORDERED** that the Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is

**ORDERED** that the Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is

**ORDERED** that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is

**ORDERED** that the Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

---

[2] This Court adjudges Iran liable to the non-U.S. national *Kone* Plaintiff identified in Exhibit A under New York law for substantially the same reasons as stated in this Court's March 26, 2024 and June 17, 2024 Orders. (*See* ECF Nos. 9666, 9931.)

**ORDERED** that the Plaintiffs receiving solatium damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is

**ORDERED** that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is

**ORDERED** that Plaintiffs not appearing in Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so already.

The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at:

- ECF Nos. 10143, 10237, and 10278 in 03-md-1570;
- ECF No. 280 in 18-cv-5321;
- ECF No. 295 in 18-cv-12277;
- ECF Nos. 35 and 50 in 23-cv-5790; and
- ECF No. 36 in 23-cv-7283.

Dated: September 5, 2024
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge

3

# Exhibit A

| | Plaintiff, as Personal Representative of the Estate of 9/11 Decedent | | | | 9/11 Decedent | | | | | | | Claim Information | | | Pain & Suffering Damages | | Economic Damages | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | First | Middle | Last | Suffix | First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Prior Award | Amount | Report | Date of Report | Prior Award | Amount |
| 1 | Ursula | | Andrus | | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 1 at 4 | | | $2,000,000.00 | 10145-3 | 7/1/24 | | $4,834,972.00 |
| 2 | Sarah | | Cherry | | Douglas | MacMillan | Cherry | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 15 at 1 | | | $2,000,000.00 | 10240-5, at 1 | 6/1/24 | | $6,067,911.00 |
| 3 | Georgette | | Conroy | | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | | $2,000,000.00 | 10240-5, at 24 | 11/1/23 | | $2,756,096.00 |
| 4 | Lisa | | DeRienzo | | Michael | | DeRienzo | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3-4 | | | $2,000,000.00 | 10240-5, at 46 | 6/1/24 | | $2,380,385.00 |
| 5 | Kimmie | | Chedel | | Frank | Joseph | Doyle | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | 10230; 10233 | | $2,000,000.00 | 10240-5, at 69 | 7/1/24 | | $23,690,154.00 |
| 6 | Maria | Alayo | Aguilar | | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | | $2,000,000.00 | N/A | N/A | | N/A |
| 7 | Diane | | Inghilterra | | Louis | Steven | Inghilterra | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | | $2,000,000.00 | 10240-5, at 92 | 7/1/24 | | $4,198,304.00 |
| 8 | Andrew | C. | Kelly | | Maurice | Patrick | Kelly | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | | $2,000,000.00 | 10240-5, at 116 | 7/1/24 | | $3,269,074.00 |
| 9 | Reza | | Mashayekhi | | Darya | | Lin | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1-2 | 10222 at 3; 10227 | | $2,000,000.00 | N/A | N/A | | N/A |
| 10 | Alana | | McKenzie | | Molly | Lou | McKenzie | | US | 9/11/2001 | VA | 23cv05790 | 23cv05790, 10 at 4 | | | $2,000,000.00 | N/A | N/A | | N/A |
| 11 | Rebecca | | Shum | | See | Wong | Shum | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | | $2,000,000.00 | 10240-5, at 140 | 6/1/24 | | $2,693,158.00 |
| 12 | Kathleen | | Mathesen | | William | A. | Mathesen | | US | 9/11/2001 | NY | 18cv12277 | 18cv12277, 1 at 5 | 7539 at 5; 7565 | | - | 10280-4, at 1 | 9/1/24 | | $8,276,694.00 |
| 13 | Maureen | | Pugliese | | Robert | D. | Pugliese | | US | 9/11/2001 | NY | 18cv05321 | 18cv05321, 6 at 11 | | | - | 10280-4, at 25 | 9/1/24 | | $1,400,763.00 |

# Exhibit B

| # | Plaintiff First | Middle | Last | Suffix | Nationality on 9/11 | 9/11 Decedent First | Middle | Last | Suffix | Nationality on 9/11 | Date of Death | 9/11 Site | Case | Complaint | Amendments & Substitutions | Relationship | Documentation | Prior Award | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Emma | Saville | Cherry | | US | Douglas | MacMillan | Cherry | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | Child | | | $8,500,000.00 |
| 2 | Isabel | Ashman | Cherry | | US | Douglas | MacMillan | Cherry | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | Child | | | $8,500,000.00 |
| 3 | John | Remington | Cherry | | US | Douglas | MacMillan | Cherry | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | Child | | | $8,500,000.00 |
| 4 | Sarah | Patterson | Cherry | | US | Douglas | MacMillan | Cherry | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | Spouse | | | $12,500,000.00 |
| 5 | Georgette | | Conroy | | US | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Spouse | | | $12,500,000.00 |
| 6 | Jamie | | Conroy | | US | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 7 | Jill | Elizabeth | Conroy | | US | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 8 | Matthew | | Conroy | | US | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 9 | Christine | | Kelly | | US | Kevin | Francis | Conroy | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 10 | Lisa | | DeRienzo | | US | Michael | | DeRienzo | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Sibling | | | $4,250,000.00 |
| 11 | Kimmie | Michele | Chedel | | Canada | Frank | Joseph | Doyle | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | 10230; 10233 | Spouse | | | $12,500,000.00 |
| 12 | Garrett | Francis | Doyle | | US | Frank | Joseph | Doyle | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | | Child | | | $8,500,000.00 |
| 13 | Zoe | Noel | Doyle | | US | Frank | Joseph | Doyle | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 5 | | Child | | | $8,500,000.00 |
| 14 | Josefina | | Blanchard | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | Sibling | | | $4,250,000.00 |
| 15 | Flordaliza | Norelia | Espinal | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Sibling | | | $4,250,000.00 |
| 16 | Jasmine | Fabiola | Espinal | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 17 | Maria | Altagracia | Espinal | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | Sibling | | | $4,250,000.00 |
| 18 | Moises | | Espinal | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Sibling | | | $4,250,000.00 |
| 19 | Rafael | Antonio | Espinal | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | Sibling | | | $4,250,000.00 |
| 20 | Maria | Elena | Santana | | US | Jose | | Espinal | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 2 | | Sibling | | | $4,250,000.00 |
| 21 | Diane | McGill | Inghilterra | | US | Louis | Steven | Inghilterra | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Spouse | | | $12,500,000.00 |
| 22 | Louis | Sam | Inghilterra | | US | Louis | Steven | Inghilterra | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 3 | | Child | | | $8,500,000.00 |
| 23 | Danielle | | Kelly | | US | Maurice | Patrick | Kelly | | US | 9/11/2001 | NY | 23cv07283 | 23cv07283, 19 at 1 | | Child | | | $8,500,000.00 |
| 24 | Lacina | | Kone | | US | Abdoulaye | | Kone | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 1 | | Child | | | $8,500,000.00 |
| 25 | Alana | Marie | McKenzie | | US | Molly | Lou | McKenzie | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | | | $8,500,000.00 |
| 26 | Wil-Justin | | Ojeda | | US | Lizette | | Mendoza | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 7 | | Child | | | $8,500,000.00 |
| 27 | Stacy | Joy | Paolozzi | | US | Franklin | Allan | Pershep | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 6 | | Child | | | $8,500,000.00 |
| 28 | Chanel | | Shum | | US | See | Wong | Shum | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | | | $8,500,000.00 |
| 29 | Leon | | Shum | | US | See | Wong | Shum | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | | | $8,500,000.00 |
| 30 | Rebecca | Yau | Shum | | US | See | Wong | Shum | | US | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Spouse | | | $12,500,000.00 |
| 31 | Ursula | | Andrus | | US | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Spouse | | | $12,500,000.00 |
| 32 | Alexandra | | Szurkowski | | US | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | | | $8,500,000.00 |
| 33 | Claudia | | Szurkowski | | US | Norbert | P. | Szurkowski | | Poland | 9/11/2001 | NY | 23cv05790 | 23cv05790, 10 at 4 | | Child | | | $8,500,000.00 |