UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br><br>ECF Case |

*This document relates to:*
*Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al.*, No. 04-cv-01922
*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 04-cv-01076
*Jessica DeRubbio, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-05306
*Roberta Agyeman, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-05320
*Horace Morris, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-05321
*Alexander Jimenez, et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-11875
*Lloyd A. Abel Sr., et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11880
*Margarite Bonomo, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11885
*William Cintron, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11888
*David DeConto, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11904
*Stephanie E. Lang, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11926
*David Gordenstein, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11941
*Arthur Harris, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11946
*Allison Garger, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11950
*Rodney Bush, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11964
*Queen Mercer, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11965
*Michael Murray, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11966
*Mario Perez, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11967
*Hopeton Richards, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11969
*Deborah Rooney, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11970
*Barbara Carroll Spence, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-11971
*Gordon Aamoth, Sr., et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12270
*Richard A. Deuel, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12272
*Kristian G. Kincaid, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12273
*Ana Pascual Ortiz, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12274
*Michael Stackpole, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12275
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, et al.*, No. 18-cv-12276
*Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12381
*August Bernaerts, et al. v. Islamic Republic of Iran, et al.*, No. 19-cv-11865
*Susan M. King et al. v. Islamic Republic of Iran, et al.*, No. 22-cv-05193
*Justin Strauss et al. v. Islamic Republic of Iran, et al.*, No. 22-cv-10823
*Celestine Kone et al v. Islamic Republic of Iran, et al.*, No. 23-cv-05790
*Danielle Kelly, et al. v. Islamic Republic of Iran, et al.*, No. 23-cv-07283
*Gladys Lopez, et al v. Islamic Republic of Iran, et al.*, No. 23-cv-08305
*Patricia Fennelly, et al. v. Islamic Republic of Iran, et al.*, No. 23-cv-10824
*Mary Jelnek et al v. Islamic Republic of Iran, et al.*, No. 24-cv-05520

DOCS-100819988.7

*Kenneth Lum, et al. v. Islamic Republic of Iran, et al.*, No. 24-cv-07824
*Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-09849
*Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-02003
*Anaya et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12339

## NOTICE OF CONDITIONAL CROSS-APPEAL

NOTICE is hereby given that, in the event the United States Court of Appeals for the Second Circuit finds that it possesses jurisdiction as to the Kingdom of Saudi Arabia's interlocutory appeal (MDL ECF No. 11215), all plaintiffs in the above-captioned actions[1] hereby cross-appeal to the United States Court of Appeals for the Second Circuit from (1) the Memorandum Decision and Order of the United States District Court for the Southern District of New York dated March 28, 2018 (MDL ECF No. 3946) ("MTD Denial Order"), a copy of which is attached as Exhibit A, to the extent the MTD Denial Order declined or failed to consider certain of plaintiffs' alternative theories of jurisdiction under the Foreign Sovereign Immunities Act and/or related theories of liability, including without limitation plaintiffs' theories concerning additional tortious conduct of the Kingdom of Saudi Arabia and/or the tortious conduct of additional agents and officials of the government of Saudi Arabia, plaintiffs' theories of secondary liability, and/or plaintiffs' theories of jurisdiction under the non-commercial tort-

---

[1] In the actions *Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al.*, No. 03-cv-09849; *Ashton, et al. v. Kingdom of Saudi Arabia*, No. 17-cv-02003; and, *Anaya et al. v. Kingdom of Saudi Arabia*, No. 18-cv-12339, undersigned counsel files this conditional cross appeal only on behalf of the following plaintiffs: Catherine Allen, individually, as surviving child of John Hartz (*Ashton*); John Hartz, Jr., individually, as surviving child of John Hartz (*Ashton*); John M. Galvin Sr. and Diverra M. Galvin as co-Personal Representatives of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin (*Anaya*); Diverra Galvin, individually, as surviving parent of Thomas Galvin (*Anaya*); John M. Galvin, individually, as surviving parent of Thomas Galvin (*Anaya*); Lynn Galvin, individually, as surviving sibling of Thomas Galvin (*Anaya*); Kathy Callahan, individually, as surviving sibling of Thomas Galvin (*Anaya*); John M. Galvin Jr., individually, as surviving sibling of Thomas Galvin (*Anaya*); Kai Hernandez, as the Personal Representative of the Estate of Glenn Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Glenn Thompson (*Burnett*); Kai Hernandez, individually, as surviving spouse of Glenn Thompson (*Burnett*); Debra Roberts, as the Personal Representative of the Estate of Leo Roberts, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leo Roberts (*Burnett*); Debra Roberts, individually, as surviving spouse of Leo Roberts (*Burnett*); Michael Roberts, individually, as surviving child of Leo Roberts (*Burnett*); Jeffrey Roberts, individually, as surviving child of Leo Roberts (*Burnett*); Daniel Roberts, individually, as surviving child of Leo Roberts (*Burnett*); and, Taylor Roberts, individually, as surviving child of Leo Roberts (*Burnett*).

exception; (2) the Memorandum Decision and Order of the United States District Court for the Southern District of New York, dated August 28, 2025 (MDL ECF No. 11180) ("Rule 72 Order"), a copy of which is attached as Exhibit B, overruling Rule 72 objections to Magistrate Judge Netburn's December 11, 2024 Opinion & Order (MDL ECF No. 10615), a copy of which is attached as Exhibit C, to the extent the Rule 72 Order excludes certain of plaintiffs' expert witnesses from testifying or limits the scope of their testimony in relation to the jurisdictional inquiry under the Foreign Sovereign Immunities Act or otherwise; (3) the Order of the United States District Court for the Southern District of New York, dated January 26, 2024 (MDL ECF No. 9562), a copy of which is attached as Exhibit D, striking declarations from plaintiffs' fact and expert witnesses; (4) the Memorandum Decision and Order of the United States District Court for the Southern District of New York, dated February 7, 2023 (MDL ECF No. 8862), a copy of which is attached as Exhibit E, declining to revise the Court's MTD Denial Order and find jurisdiction pursuant to certain theories under the Justice Against Sponsors of Terrorism Act, Pub. L. No. 114-222, 130 Stat. 852 (2016) and related law, including theories of jurisdiction and liability under principles of secondary liability; and (5) the Memorandum Decision and Order of the United States District Court for the Southern District of New York, dated August 28, 2025 (MDL ECF No. 11182) ("Renewed MTD Denial Order"), a copy of which is attached as Exhibit F, to the extent the Renewed MTD Denial Order incorporated or rested upon aspects of the prior orders referenced in (1)-(4) above.

    This is a conditional cross-appeal, filed solely to preserve plaintiffs' appellate rights in light of the Kingdom of Saudi Arabia's Notice of Appeal on September 8, 2025 (MDL ECF No. 11215). Plaintiffs submit that the Second Circuit lacks jurisdiction over the Kingdom of Saudi Arabia's interlocutory appeal as not falling within the collateral order doctrine. If the Second

Circuit nevertheless concludes that it does have appellate jurisdiction, then plaintiffs intend to proceed with their cross-appeal from the rulings as indicated above.

Dated: September 20, 2025

        Respectfully submitted,

        **ANDERSON KILL P.C.**

        <u>/s/ Jerry S. Goldman</u>
        Jerry S. Goldman, Esq.
        Bruce Strong, Esq.
        Samuel M. Braverman, Esq.
        Ethan Greenberg, Esq.
        Alexander Greene, Esq.
        7 Times Square, 15th Floor
        New York, NY 10036
        jgoldman@andersonkill.com
        bstrong@andersonkill.com
        agreene@andersonkill.com
        sbraverman@AndersonKill.com
        egreenberg@andersonkill.com
        Tel.: (212) 278-1000
        Fax: (212) 278-1733
        *Attorneys for Plaintiffs/Appellees*

**CERTIFICATE OF SERVICE**

      I, Jerry S. Goldman, do hereby certify that a true and correct copy of this Notice of Conditional Cross-Appeal was served on all counsel of record via the Court's Electronic Case Filing System on this 20th day of September, 2025.


                                            By:  <u>/s/ Jerry S. Goldman</u>
                                                    Jerry S. Goldman